IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| TRAVIS LANIER WILLIAMS, | : | |
| Plaintiff, | | |
| v. | : | Case No. 3:19-cv-233 |
| WRIGHT-PATT CREDIT UNION, | | JUDGE WALTER H. RICE |
| Defendant. | : | |

---

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (DOC. #4); OVERRULING PLAINTIFF'S OBJECTIONS THERETO (DOC. #5); DISMISSING COMPLAINT WITHOUT PREJUDICE TO REFILING IN A STATE COURT OF COMPETENT JURISDICTION; JUDGMENT TO ENTER IN FAVOR OF DEFENDANT AND AGAINST PLAINTIFF; TERMINATION ENTRY

---

Based on the reasoning and citations of authority set forth in United States Magistrate Judge Michael J. Newman's Report and Recommendations, Doc. #4, as well as upon a thorough *de novo* review of this Court's file and the applicable law, the Court ADOPTS said judicial filing in its entirety.

Plaintiff's Objections, Doc. #5, are OVERRULED. Regardless of whether the defendant credit union is federally-insured and subject to federal rules and regulations, it appears that Plaintiff is complaining that the credit union failed to timely dishonor two documents entitled "Bill of Exchange Warrant," in violation of Ohio Revised Code § 1303.63.

Federal courts are courts of limited jurisdiction. As Magistrate Judge Newman noted, Plaintiff does not appear to have asserted a cause of action arising under federal law. Nor has he established diversity of citizenship. *See* 28 U.S.C. § 1331, 1332. Accordingly, this Court lacks jurisdiction over his claims.

Plaintiff's Complaint is therefore DISMISSED WITHOUT PREJUDICE to re-filing in a state court of competent jurisdiction.

Judgment shall be entered in favor of Defendant and against Plaintiff.

The captioned case is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

Date: September 23, 2019

WALTER H. RICE
UNITED STATES DISTRICT JUDGE